No. 99–6727. O'DONNELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6729. PHILLIPS *v.* REYES, SHERIFF, PINAL COUNTY, ARIZONA, ET AL.; and PHILLIPS *v.* APACHE JUNCTION POLICE DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6730. RENOIR *v.* McMILLAN. C. A. 4th Cir. Certiorari denied.

No. 99–6731. SCOTT *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–6735. JONES *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Jones County, N. C. Certiorari denied.

No. 99–6741. MOSSERI *v.* LESER ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–6750. McGLOTHURN *v.* KAYLO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6753. BARONE *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 99–6764. WADE *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 99–6766. WALKER *v.* NEILSEN, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 99–6768. WILKINS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–6771. CLEMONS *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 99–6773. McLEAN ET AL. *v.* CRABTREE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6776. ZHARN *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. Ct. App. Mich. Certiorari denied.

No. 99–6777. WILLIAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.